## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

IN RE:

CASE NO.  09-42317

Debtor:  DEAN A FLOYD & DAWN M. FLOYD

CHAPTER:  13

### CERTIFICATE OF SERVICE

I do hereby certify that I have this January 7, 2015 served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

**DEAN A FLOYD & DAWN M. FLOYD
213 E DIVISION ST
BRACEVILLE, IL 60407**

**GLENN B STEARNS
801 WARRENVILLE ROAD SUITE 650
LISLE, IL 60532**

**MARC C SCHEINBAUM
P O BOX 5009
VERNON HILLS, IL 60061**

BMO Harris Bank, N.A.

By: /s/ _Jared D Ruben_

Bankruptcy Specialist

BKR-180-RC
770 N. Water Street
Milwaukee, WI 53202
866-280-8434 option 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Response to Notice of Final Cure Payment** | | | | | | |
| | | | | | | |
| **Case#: 09-42317** | | **Name:  Dean & Dawn Floyd** | | | | |
| | | | | | | |
| BMO Harris N.A. agrees that the trustee has paid in full the amount required to cure the default on the claim, however, the debtors are not current on the following post petition payments. | | | | | | |
| | | | | | | |
| **POST-PETITION PAYMENTS IN ARREARS** | | | | | | |
| Payments: | | | | | | |
| | Dates | 8/24/2014 | | | $420.66 | |
| | | 9/24/2014 | | | $505.25 | |
| | | 10/24/2014 | | | $525.13 | |
| | | 11/24/2014 | | | $525.13 | |
| | | 12/24/2014 | | | $525.13 | |
| | | | | | | |
| Total Arrearages | | | | | $2,501.30 | |
| | | | | | | |